1  Gerald D. Wells III (CA Bar # 257496)
   **CONNOLLY WELLS & GRAY, LLP**
2  101 Lindenwood Drive, Suite 225
   Malvern, PA 19355
3  Tel.:  (610) 822-3700
   Fax:  (610) 822-3800
4  gwells@cwglaw.com

5  Eric D. Zard (CA Bar# 323320)
   **CARLSON LYNCH, LLP**
6  1350 Columbia Street, Suite 603
   San Diego, CA 92101
7  Tel.:  619-762-1905
   Fax:  619-756-6991
8  ezard@carlsonlynch.com

9  *Attorneys for Plaintiff*
   [Additional Counsel on Signature Page]



JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DESERT JACK, LLC,<br><br>Defendant. | Case No.: 5:19-cv-01549-PSG-SHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE ; ORDER** |

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation of Dismissal with Prejudice filed by Plaintiff Sean Licea and Defendant Desert Jack, LLC. (collectively, the "Parties"), the above-reference action is dismissed with prejudice as to all Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-referenced action be dismissed with prejudice as to all Parties. The Parties shall bear their own attorneys' fees and costs.

1

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS SO ORDERED.

Dated: 9/23/2020

Hon. Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE

---

2
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE